IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MATTHEW DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:16-cv-00187-RLY-MPB |
| LINCARE INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

Come now the parties, by their respective counsel, having filed their Stipulation of Dismissal with Prejudice, and the Court having read and considered the same, hereby approves said Stipulation.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter is hereby dismissed with prejudice.

IT IS SO ORDERED this 17th day of   May  , 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on
all ECF registered counsel of record
via email generated by the court's ECF
system.